IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



LAURA MORGAN-RINEHART,

    Plaintiff,

vs.

FRED VAN DE PERRE, A BETTER WAY OF LIFE, INC. D/B/A PLATYPUS COL, PARADISE DENTAL TECHNOLOGIES: PDT, INC.,

    Defendants.

CV 17–52–M–DLC

ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal (Docs. 66, 67),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The preliminary pretrial conference set for December 20, 2017 is VACATED.

Dated this 11th day of December, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court